JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Whitaker, | Case No. 2:20-cv-02363-RGK-MAA |
| Plaintiff(s), | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| vs. | |
| Intelligentsia Coffee Inc. et al, | |
| Defendant(s). | |

On January 20, 2021, the Court issued an Order to Show Cause (OSC) why the case should not be dismissed for lack of prosecution [14]. A response to the OSC was ordered to be filed on or before January 25, 2021. As of this date, no response has been filed. Therefore, the Court orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: January 28, 2021

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE